■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD FREGGANS, Appellant, v JAMES E. SULLIVAN et al., Respondents.—Judgment of the Supreme Court, Westchester County (Ruskin, J.), entered January 14, 1985, affirmed, without costs or disbursements. (See, People ex rel. Flores v Dalsheim, 66 AD2d 381.) Mangano, J. P., Gibbons, Brown and Lawrence, JJ., concur.